# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**CHARLES LEWIS**                                                    **CIVIL ACTION**

versus                                                               **NO. 06-1436-SRD-SS**

**A.O. SMITH CORPORATION, ET AL.**

## RECUSAL ORDER

Because either the undersigned Magistrate Judge or the law clerk for the division owns stock in DOW CHEMICAL COMPANY and GENERAL ELECTRIC COMPANY, in accordance with Title 28, Section 455, I hereby disqualify myself from further proceedings in the above-captioned matter and direct the Clerk of Court to re-allot the case to another magistrate judge section.

New Orleans, Louisiana, this 27th day of March, 2006.

SALLY SHUSHAN
United States Magistrate Judge

MAR 28 2006
REALLOTTED TO
MAG. 4

Fee
Process
X Dktd
CtRmDep
Doc. No